IH-32                                                                                                         Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

JOSE APONTE II and LISA ROSENBERG,
individually and on behalf of all other
persons similarly situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 21-cv-5883 |
| NORTHEAST RADIOLOGY, P.C. and ALLIANCE HEALTHCARE SERVICES, INC., | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

BRYAN COHEN, individually and on behalf
of all other persons similarly situated,

| Plaintiff | Case Number |
|---|---|
| vs. | No. 7:20-cv-01202-VB |
| NORTHEAST RADIOLOGY, P.C. and ALLIANCE HEALTHCARE SERVICES, INC., | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

On June 1, 2020, Northeast Radiology, P.C. and Alliance Healthcare, Services, Inc. (collectively, "Defendants") filed a Motion to Dismiss for lack of subject matter jurisdiction and for failure to state a claim. The Honorable Judge Vincent Briccetti denied Defendants' Motion to Dismiss for lack of subject matter jurisdiction, sustained plaintiff's claims for negligence, breach of implied contract, and under New York's Uniform Deceptive Trade Practices Act, and dismissed plaintiff's claims for negligence per se and breach of contract. The Court also denied plaintiff's motion to appoint interim lead counsel and motion for corrective notice. The Court issued a Civil Case Discovery Plan and Scheduling Order on March 15, 2021, setting discovery to end by March 31, 2022.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both actions arise out of Defendants' failure to adequately safeguard patients' electronic protected health information and the resulting data breach announced by Defendants on March 11, 2020. Both actions are based on identical facts and circumstances and assert the exact same claims: negligence, negligence per se, breach of contract, breach of implied contract, and under New York's Uniform Deceptive Trade Practices Act.

Signature: /s/ Christian Levis         Date: 7/8/2021

Firm: Lowey Dannenberg, P.C.