UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE APONTE II and LISA ROSENBERG, individually and on behalf of all other persons similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>NORTHEAST RADIOLOGY, P.C. and ALLIANCE HEALTHCARE SERVICES, INC.,<br><br>                              Defendants. | Civil Action No. 21-cv-5883<br><br>NOTICE OF MOTION OF DEFENDANTS' MOTION TO DISMISS |

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion to Dismiss, with Exhibits A through C thereto, Defendants Northeast Radiology, P.C. and Alliance HealthCare Services, Inc. (collectively "Defendants"), by and through their attorneys, will move this Court at a date and time to be designated by the Honorable Vincent L. Briccetti, United States District Judge, at the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, to dismiss this case pursuant to Federal Rules of Civil Procedure 12(b)(1) for lack of standing and 12(b)(6) for failure to state a claim upon which relief can be granted, and for such other and further relief as deemed just and proper by this Court.

79836399.1

Dated: September 10, 2021
New York, New York

Respectfully submitted,

*/s/ John C. Cleary*
John C. Cleary
POLSINELLI PC
600 Third Avenue, 42nd Floor
New York, New York 10016
Phone: (212) 413-2837
Fax: (212) 684-0197
john.cleary@polsinelli.com

Mark A. Olthoff (*pro hac vice* forthcoming)
Brisa I. I. Wolfe (*pro hac vice* forthcoming)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Phone: (816) 753-1000
Fax: (816) 753-1536
molthoff@polsinelli.com
bwolfe@polsinelli.com

**ATTORNEYS FOR DEFENDANT
ALLIANCE HEALTHCARE SERVICES, INC.**

-and-

*/s/ Peter J. Larkin*
Peter J. Larkin
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
1133 Westchester Avenue
White Plains, New York 10604
Phone: (914) 872-7728
Peter.Larkin@wilsonelser.com

Geoffrey A. Belzer (*pro hac vice* pending)
Jennifer S. Stegmaier (*pro hac vice* pending)
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603-5001
Phone: (312) 704-0550
Fax: (312) 704-1522
geoffrey.belzer@wilsonelser.com

79836399.1

jennifer.stegmaier@wilsonelser.com

**ATTORNEYS FOR DEFENDANT**
**NORTHEAST RADIOLOGY, P.C.**

79836399.1

## CERTIFICATE OF SERVICE

  I hereby certify that on September 10, 2021, this document was filed through the Electronic Case Filing system of the United States District Court for the Southern District of New York and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic Filing (NEF).

                */s/ John C. Cleary*
                John C. Cleary

79836399.1