UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE APONTE II and LISA ROSENBERG, individually and on behalf of all other persons similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>NORTHEAST RADIOLOGY, P.C. and ALLIANCE HEALTHCARE SERVICES, INC.,<br><br>                              Defendants. | Civil Action No. 21-cv-5883<br><br>NOTICE OF MOTION OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT |

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion to Dismiss, with Exhibits A through C thereto, Defendants Northeast Radiology, P.C. and Alliance HealthCare Services, Inc. (collectively "Defendants"), by and through their attorneys, will move this Court at a date and time to be designated by the Honorable Vincent L. Briccetti, United States District Judge, at the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, to dismiss this case pursuant to Federal Rules of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction and 12(b)(6) for failure to state a claim upon which relief can be granted, and for such other and further relief as deemed just and proper by this Court.

Dated: November 18, 2021
New York, New York

        Respectfully submitted,

        */s/ John C. Cleary*
        John C. Cleary
        Frank T. Spano
        POLSINELLI PC
        600 Third Avenue, 42nd Floor
        New York, New York 10016
        Phone: (212) 413-2837
        Fax: (212) 684-0197
        john.cleary@polsinelli.com
        FSpano@Polsinelli.com

        Mark A. Olthoff (*pro hac vice* forthcoming)
        Elizabeth M. Marden (*pro hac vice* forthcoming)
        POLSINELLI PC
        900 W. 48th Place, Suite 900
        Kansas City, Missouri 64112-1895
        Phone: (816) 753-1000
        Fax: (816) 753-1536
        molthoff@polsinelli.com
        lmarden@polsinelli.com

        **ATTORNEYS FOR DEFENDANT**
        **ALLIANCE HEALTHCARE SERVICES, INC.**

        -and-

        */s/ Peter J. Larkin*
        Peter J. Larkin
        WILSON, ELSER, MOSKOWITZ, EDELMAN
        & DICKER LLP
        1133 Westchester Avenue
        White Plains, New York 10604
        Phone: (914) 872-7728
        Peter.Larkin@wilsonelser.com

        Geoffrey A. Belzer (*pro hac vice* pending)
        Jennifer S. Stegmaier (*pro hac vice* pending)
        WILSON, ELSER, MOSKOWITZ, EDELMAN
        & DICKER LLP
        55 West Monroe Street, Suite 3800
        Chicago, IL 60603-5001
        Phone: (312) 704-0550

79836399.1

Fax: (312) 704-1522
geoffrey.belzer@wilsonelser.com
jennifer.stegmaier@wilsonelser.com

**ATTORNEYS FOR DEFENDANT**
**NORTHEAST RADIOLOGY, P.C.**

79836399.1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2021, this document was filed through the Electronic Case Filing system of the United States District Court for the Southern District of New York and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic Filing (NEF).

*/s/ John C. Cleary*
John C. Cleary

79836399.1