USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/21

LOWE[Y]

> APPLICATION GRANTED. Doc. #42 shall remain under seal. However, the document should not remain filed as "ex parte."
>
> Accordingly, the Clerk is instructed to make Doc #42 viewable by the Court, as well as the parties in this case. The Clerk shall also terminate the letter-motion. (Doc. #41).
>
> SO ORDERED.
>
> [signature]
>
> Vincent L. Briccetti, U.S.D.J.    12/15/2021

Decem[ber]

**VIA ECF**
Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

Re:  *Aponte v. Northeast Radiology, P.C.*, Case No. 7:21-cv-05883-VB

Dear Judge Briccetti:

Pursuant to Section 3 of the Court's Individual Practices, Plaintiffs hereby move for leave to file under seal an unredacted copy of Exhibit A to the Declaration of Amanda G. Fiorilla in Opposition to Defendants' Motion to Dismiss ("Exhibit"). The grounds for the filing under seal are that the Exhibit contains material required to be kept confidential under Fed. R. Civ. P. 5.2(a), including names and corresponding dates of birth, social security numbers, and medical treatment information. A redacted copy of the Exhibit is being filed on the public record.

Counsel for Defendants Alliance HealthCare Services, Inc. and Northeast Radiology, P.C. have been contacted concerning this motion and request an opportunity to review the Exhibit before taking a position on whether it should be filed under seal. Service of the accompany Exhibit will be accomplished directly via secure file transfer to all Counsel of Record.

It is respectfully requested that the Court grant this motion for leave to file this Exhibit under seal.

Respectfully submitted,

/s/ *Christian Levis*
Christian Levis
Counsel for Plaintiffs

cc:   Counsel of Record (*via* ECF)

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
One Tower Bridge, 100 Front Street, Suite 520, West Conshohocken, PA 19428 (p) 215-399-4770 (f) 610-862-9777