UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE APONTE II and LISA ROSENBERG,
individually and on behalf of all other persons
similarly situated,

                        Plaintiffs,

     -against-                                                 21 **CIVIL** 5883 (VB)

## **JUDGMENT**

NORTHEAST RADIOLOGY, P.C., and
ALLIANCE HEALTHCARE SERVICES, INC.,

                        Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 16, 2022, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

       May 17, 2022

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                             **BY:**     K. Mango
                                                           **Deputy Clerk**