# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE APONTE II and LISA ROSENBERG, individually and on behalf of all other persons similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>NORTHEAST RADIOLOGY, P.C. and ALLIANCE HEALTHCARE SERVICES, INC.,<br><br>        Defendants. | Case No. 7:21-cv-05883-VB |

**NOTICE IS HEREBY GIVEN** that Plaintiffs, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's May 16, 2022 Opinion and Order (ECF No. 58) and May 17, 2022 Judgment (ECF No. 59) dismissing this action, and all other orders entered in the case that were adverse, either in whole or in part, to Plaintiffs.

Dated: June 14, 2022
    White Plains, New York

**LOWEY DANNENBERG P.C.**

/s/ *Christian Levis*
Christian Levis
Amanda Fiorilla
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
Email: clevis@lowey.com
    afiorilla@lowey.com

Steven L. Bloch
Ian W. Sloss
**SILVER GOLUB & TEITELL LLP**

    184 Atlantic Street
Stamford, CT 06901
Tel.: (203) 325-4491
Fax: (203) 325-3769 sbloch@sgtlaw.com
isloss@sgtlaw.com

*Attorneys for Plaintiffs and the Proposed Class*