**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of August, two thousand twenty-two,

Jose Aponte II, individually and on behalf of all other persons similarly situated, Lisa Rosenberg, individually and on behalf of all other persons similarly situated,

    Plaintiffs - Appellants,

-v.-

Northeast Radiology, P.C., Alliance HealthCare Services, Inc.,

    Defendants - Appellees.

**ORDER**
Docket No. 22-1284

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 09 2022

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/09/2022